Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 278512)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCHICK, JAMES NETHNAY, JAMES SCHAFFER, JOSEPH BOND, LISA GRAHAM, LYNNE CROWTON, MICHAEL SCOTT HOGE, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 3:19-cv-01511-DMS-KSC<br><br>**JOINT MOTION TO DISMISS PLAINTIFF LYNNE CROWTON FROM ACTION WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this Plaintiff LYNNE CROWTON without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this August 15, 2019

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/ Ashley L. Shively
Ashley L. Shively
Attorney for Defendant
HEALTH INSURANCE
INNOVATIONS, INC.

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 15, 2019    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on August 15, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on August 15, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
Todd M. Friedman