Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 278512)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCHICK, JAMES NETHNAY, JAMES SCHAFFER, JOSEPH BOND, LISA GRAHAM, and MICHAEL SCOTT HOGE, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.  3:19-cv-01511-WQH-KSC<br><br>**JOINT MOTION TO DISMISS TO CASE WITH PREJUDICE AS TO ALL PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in full, with prejudice as to Plaintiffs Sylvia Schick, James Nethnay, James Schaffer, Joseph Bond, Lisa Graham, and Michael Scott Hoge, and without prejudice as to the putative class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall

bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this April 28, 2022

                    By: s/Todd M. Friedman, Esq.
                         TODD M. FRIEDMAN
                       Attorney for Plaintiff

                    By: s/ Ashley L. Shively
                        Ashley L. Shively
                        Attorney for Defendant
                        HEALTH INSURANCE
                        INNOVATIONS, INC.

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: April 28, 2022     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on April 28, 2022, with:

United States District Court CM/ECF system

Notification sent electronically on April 28, 2022, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
Todd M. Friedman